AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED CLERK'S OFFICE

DISTRICT OF Massachusetts    2004 APR 14 A 11: 08

UNITED STATES OF AMERICA

V.

James P. Cecere

U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 04-1710-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    James P. Cecere
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
mail fraud and wire fraud

in violation of
Title 18 United States Code, Section(s) 1341 and 1343

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

04-06-2004    Shrewsbury, Massachusetts
Date and Location

RECEIVED
APR 7 8 30 AM '04
U.S. MARSHAL SVC

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at    D/VT

DATE RECEIVED 4/7/04
DATE OF ARREST 4/7/04

NAME AND TITLE OF ARRESTING OFFICER
T. Beaunsen SDUSM

SIGNATURE OF ARRESTING OFFICER

This form was electronically produced by Elite Federal Forms, Inc.