|  | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|---|

IN THE CASE OF

| _____ V.S. _____ | FOR |
| | AT |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
▶ James Patrick Cecere

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
04-1710-CBS
District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes   ☑ No   ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☑ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ 2400 per month
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 200    SOURCES: MJC Inv...

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☑ Yes   ☐ No   IF YES, state total amount $ 50

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____   DESCRIPTION _____

---

**OBLIGATIONS & DEBTS**

| | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|
| DEPENDENTS | ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED | 3 | |

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| $1000 | | $ | $ |
| | 1500 credit card | $ | $ |
| | 1500,000 restitution | $ | $ |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ /s/ James Cecere
(OR PERSON REPRESENTED)