# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )          **ORDER SETTING CONDITIONS**
            v.                    )              **OF RELEASE**
                                  )
_James P Cecere_ Defendant        )          Criminal Action No. _04-1710-CBS_

IT IS ORDERED that the release of the Defendant is subject to the following conditions:

(1)  The Defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The Defendant shall immediately advise the court, Pretrial Services, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)  The Defendant shall report within twenty-four hours, to the Pretrial Services office any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(4)  The Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The Defendant shall next appear at (if blank, to be notified) _4/22/04 @ 2:30_
_____  _for P/c hrg_

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the Defendant be released provided that:

(  )  (5)  The Defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(✓)  (6)  The Defendant shall execute an unsecured bond binding the Defendant to pay the United States the sum of _ten thousand_ dollars ($ _10,000_ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not in itself reasonably assure the appearance of Defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of Defendant is subject to the conditions marked below:

(  )  (7)  The Defendant is placed in the custody of:
(Name of Person/organization) _____
(Address) _____
(City and State) _____

who agrees (a) to supervise the Defendant in accordance with all conditions of
release, (b) to use every effort to assure the appearance of the Defendant at all
scheduled court proceedings, and (c) to notify the court immediately in the event
the Defendant violates any conditions of release or disappears.

Signed: _____

Custodian/Proxy

The Defendant shall:

(✓) (a)     report in person ~~and/or by telephone~~ to Pretrial Services <u>in VT</u>
            ~~(508) 929-9940, as directed.~~ by 04/12/04 by noon

( ) (b)     execute a bond or an agreement to forfeit upon failing to appear
            as required, or for any violation of any condition(s) of
            release, the following sum of money or designated property: _____
            _____.

( ) (c)     post with the court the following indicia of ownership of the
            above-described property: <u>documentation as set forth in</u>
            <u>"Recommended Procedure for the Posting of Real Property as</u>
            <u>Security for Defendant's Appearance Bond in Criminal Cases"</u>

( ) (d)     execute a bail bond with solvent sureties in the amount of $_____
            _____.

( ) (e)     actively seek employment and submit to Pretrial Services all
            attempts  to secure employment as directed; or, maintain
            employment and submit ongoing verification to Pretrial Services
            as directed.

( ) (f)     maintain or commence an education program.

(✓) (g)     surrender passport to Pretrial Services.

(✓) (h)     obtain no passport.

(✓) (i)     abide by the following restrictions on personal association or
            travel: ___Travel restricted to a VT, MA ≠ NH + CT

(✓) (j)     maintain residence at __72 Main St, Grafton VT

( ) (k)     avoid all contact, directly or indirectly, with any persons who
            are or who may become a victim or potential witness in the
            subject investigation or prosecution, including but not limited
            to: _____

( ) (l)     undergo medical or psychiatric treatment and/or remain in an
            institution as follows: _____
            _____.

( ) (m)     return to custody each (week)day as of _____ o'clock after being
            released each (week)day as of _____.

( ) (n)     maintain residence at a halfway house or community corrections
            center.

( ✓ (o)    refrain from possessing a firearm, destructive device, or other
           dangerous weapons.

(✓) (p)    refrain from ( ) any (✓ excessive use of alcohol.

(✓ (q)     refrain from use or unlawful possession of a narcotic drug or
           other controlled substances defined in 21 U.S.C. § 802, unless
           prescribed by a licensed medical practitioner.

( ) (r)    submit to any method of testing required by the Pretrial
           Services Officer for determining whether the defendant is using
           a prohibited substance. Such methods may be used with random
           frequency and include urine testing, the wearing of a sweat
           patch, a remote alcohol testing system, and/or any form of
           prohibited substance screening or testing.

( ) (s)    participate in a program of inpatient or outpatient substance
           abuse therapy and counseling if deemed advisable by the Pretrial
           Services Officer.

( ) (t)    refrain from obstructing or attempting to obstruct/tamper in any
           fashion, with the efficiency and accuracy of any testing or
           electronic monitoring which is required as a condition of
           release.

( ) (u)    participate in one of the following home confinement program
           components and abide by all the requirements of the program
           which ( ) will or ( ) will not include the following location
           verification system: ( ) electronic monitoring bracelet; ( )
           Voice Identification system:

    ( ) (i)    **Curfew.** You are restricted to your residence every day
               (X) from _____ to_____, or ( ) as directed by
               the Pretrial Services Officer; or,

    ( ) (ii)   **Home Detention.** You are restricted to your residence at
               all time except as pre-approved by the court; or,

    ( ) (iii)  **Home Incarceration.** You are restricted to your residence
               at all times except as pre-approved by the court.

( ) (v)    make payments toward a fund which can ultimately be used to
           compensate appointed counsel, as required in the companion order
           issued in this matter pursuant to 18 U.S.C. § 3006A.

(✓ (w)     *Have Default from Wre District Court
           Removed by 4/9/04*

### Advise of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the
immediate issuance of a warrant for your arrest, a revocation of release, an order
of detention, and a prosecution for contempt of court and could result in a term
of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set for above.

Signature of Defendant X _____

Address(including city/state) _____

Telephone Number _____

## Directions to United States Marshal

( ) The Defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the Defendant in custody until notified by the clerk or judicial officer that the Defendant has posted bond and/or complied with all other conditions for release. The Defendant shall be produced before the appropriate judicial at the time and place specified, if still in custody.

Date: ___4/8/04___

HONORABLE CHARLES B. SWARTWOOD, III
U.S. MAGISTRATE JUDGE

By: _____
DEPUTY CLERK