UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 04-1710-CBS |
| ) | (FILED UNDER SEAL) |
| JAMES CECERE, ) | |
| ) | |
| Defendant ) | |

FILED IN CLERK'S OFFICE
2004 APR 21 A 9:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

**GOVERNMENT'S MOTION TO SEAL AND IMPOUND**

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to seal and impound the papers filed herewith.

As grounds, the Government represents that premature disclosure may impede an ongoing investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

ss., Worcester

**CERTIFICATE OF SERVICE**

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by fax/mail/hand on the below-named counsel for Defendant on this the 21s- day of April, 2004.

/s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Benjamin Entine, Esq.
77 Franklin Street
Boston, MA 02110

4-21-04
allowed