UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Case No. 04-1710-CBS
)
JAMES CECERE, )
)
          Defendant )

### GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America, by Michael J. Sullivan, United States Attorney, pursuant to Fed. R. Crim. P. 48(a), moves the Court for leave to dismiss, without prejudice, the Criminal Complaint in the above-captioned matter in the interests of justice.

Respectfully submitted,

*/s/ John M. Hodgens, Jr.*
for MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

ss., Worcester

### CERTIFICATE OF SERVICE

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by ~~fax~~/mail/~~hand~~ on the below-named counsel for Defendant on this the 30th day of June, 2004.

*/s/ John M. Hodgens, Jr.*
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Benjamin Entine, Esq.
77 Franklin Street
Boston, MA 02110